# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br>**BRUNO'S SUPERMARKETS, LLC,**<br><br>    **Debtor.** | )<br>)<br>)<br>)<br>)<br>) |

    **Chapter 11**<br>    **Case No. 09-00634**

## NOTICE OF FILING

    **COMES NOW**, Bruno's Supermarkets, LLC ("Bruno's" or "Debtor"), as debtor and debtor-in-possession, by and through their undersigned counsel, and submits the attached list of Debtor's twenty (20) largest unsecured creditors.

    Dated this the 11th day of February, 2009.

/s/ Derek F. Meek
Robert B. Rubin
Derek F. Meek
Marc P. Solomon

Attorneys for Debtor
BRUNO'S SUPERMARKETS, LLC

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1726940 v1

# TWENTY LARGEST UNSECURED CREDITORS

| | Creditor | Address 1 | Address 2 | City | State | Zip Code | Phone | Fax |
|---|---|---|---|---|---|---|---|---|
| 1 | C&S | 7 Corporate Drive | | Keene | NH | 03431 | 603-354-4618 | 603-354-4694 |
| 2 | BiLo | 208 Bilo Blvd. | | Mauldin | SC | 29607 | 864-283-3574 | 864-987-1105 |
| 3 | STATE OF ALABAMA | Alabama Department of Revenue Sales & Use Tax Division | PO Box 327790 | Montgomery | AL | 36132-7790 | 334-242-1490 | 334-353-7867 |
| 4 | VERTIS INC | 250 W. Pratt Street | | Baltimore | MD | 21201 | 410-361-8659 | 410-454-8475 |
| 5 | Cardinal Health | 7000 Cardinal Place | | Dublin | OH | 43017 | 614-822-4411 | 614-652-8795 |
| 6 | SOUTHERN COMPANY | PO Box 105090 | | Atlanta | GA | 30348 | 404-506-5000 | |
| 7 | BUFFALO ROCK/BIRMINGHAM | 34 West Oxmoor Road | | Birmingham | AL | 35209 | 205-940-9799 | 205-942-8239 |
| 8 | PALLADEO | 900 Western Avenue | | Glendale | CA | 91201 | 818-241-5656 | 818-241-7935 |
| 9 | CITY OF MOBILE | 205 Government Street, South Tower Room 243 | PO Box 1827 | Mobile | AL | 36633 | 251-208-7462 | 251-208-7954 |
| 10 | ANDERSON NEWS CO | PO Box 116427 | | Atlanta | GA | 30368-6427 | 865-584-6714 | |
| 11 | FLOWERS BAKING/OPELIKA | 607 North Carolina Street | | Goldsboro | NC | 27533 | 919-735-0344 | 919-705-2029 |
| 12 | COCA COLA BOTTLING | 3200 Windy Hill Road, East Tower | | Atlanta | GA | 30339 | 678-224-2570 | 678-224-2531 |
| 13 | EARTHGRAINS BAKING CO | 3310 Panthersville Road | | Decatur | GA | 30034 | 404-244-4460 | 404-244-4469 |
| 14 | TRAVIS A. HULSEY, DIRECTOR | Jefferson County Courthouse A-100 North Annex | 716 Richard Arrington Jr. Blvd N. | Birmingham | AL | 35203 | 205-325-5171 | 205-325-5695 |
| 15 | Ala Tax | 2317 3rd Avenue North | | Birmingham | AL | 35203 | 205-324-0088 | 205-423-4099 |
| 16 | NABISCO BISCUIT CO | 50 New Commerce Blvd. | | Wilkes-Barre | PA | 18762 | 570-820-1535 | 570-820-1305 |
| 17 | BARBER DAIRIES | 36 Barber Court | | Birmingham | AL | 35209 | 205-942-2351 | 205-943-0314 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | COCA COLA BOTTLING | 4600 East Lake Blvd. | Birmingham | AL | 35217 | 205-849-3266 | 205-849-4606 |
| 19 | COCA COLA BOTTLING CO | 4115 Coca Cola Plaza | Charlotte | NC | 28211 | 704-557-4000 | |
| 20 | KEHE FOOD DIST INC | 900 Schmidt Road | Romeoville | IL | 60446 | 630-343-0000 | 815-886-1111 |