# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: )<br>BFW LIQUIDATION, LLC, )<br>　　　　　　　　　　　　　　)<br>　　　　　　Debtor. )<br>　　　　　　　　　　　　　　) | **Chapter 11**<br>**Case No. 09-00634-BGC-11** |

## DEBTOR'S FIRST OMNIBUS OBJECTION TO PROOFS OF CLAIM REQUESTING AN ORDER DISALLOWING AND EXPUNGING DUPLICATIVE CLAIMS

BFW Liquidation, LLC f/k/a Bruno's Supermarkets, LLC ("Bruno's" or the "Debtor"), as debtor and debtor in possession, pursuant to Section 502(b) of the title 11 of the United States Code (the "Bankruptcy Code") and Rules 3003 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), as amended, hereby files the Debtor's First Omnibus Objection to Proofs of Claim Requesting an Order Disallowing and Expunging Duplicative Claims (the "First Omnibus Objection") to those proofs of claim described below (the "Claims") and requests entry of an Order disallowing in full and expunging as applicable each of the Claims set forth herein. ***Claimants receiving this First Omnibus Objection should search for their name and their claim on Exhibit A attached hereto and act accordingly.*** In further support of the First Omnibus Objection, the Debtor respectfully represents as follows:

### JURISDICTION

1.　　This Court has jurisdiction over the First Omnibus Objection pursuant to 28 U.S.C. § 334, and the subject matter of the First Omnibus Objection is a core proceeding under 28 U.S.C. § 157(b). Venue of these cases and the First Omnibus Objection are proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought

herein are Section 502(b) of the Bankruptcy Code and Rules 3003 and 3007 of the Bankruptcy Rules.

**BACKGROUND**

2. On February 5, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code with the Clerk of this Court. The Debtor continues to operate its business and manage its assets as debtor in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3. On April 6, 2009, the Debtor filed its respective schedules of assets and liabilities (the "Schedules") and statements of financial affairs (the "SOFAs") with the Bankruptcy Court. On May 27, 2009, the Debtor filed amended Schedules and SOFAs. All references to the Debtor's Schedules or SOFAs means the Schedules or SOFAs as amended from time to time.

4. Pursuant to the Court's Order setting the final date to file proofs of claim, all administrative expense claims under Section 503(b)(9) of the Bankruptcy Code were to be filed by June 5, 2009 and all prepetition proofs of claim were to be filed by June 19, 2009, except for governmental units (as defined in the Bankruptcy Code), which have until August 14, 2009 to file prepetition proofs of claim. As of the date of this First Omnibus Objection, over 951 Claims totaling approximately $111,629,177.89 were filed against the Debtor. Many of these Claims duplicated scheduled liabilities.

5. On June 19, 2009, the Debtor filed its Plan of Liquidation (the "Plan") and Disclosure Statement for Debtor's Plan of Liquidation (the "Disclosure Statement"). A hearing on the Disclosure Statement is scheduled for August 6, 2009 at 1:30 p.m.

2

## RELIEF REQUESTED

6. By this First Omnibus Objection, the Debtor respectfully requests that the Court enter an Order pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007, as amended, disallowing in full and expunging as applicable, each of the Claims identified and described on Exhibit A attached hereto, subject to the Debtor's reservation of rights to object to any such Claim on Exhibit A on further grounds.

7. The Debtor objects to the Claims listed on Exhibit A because the holders of such Claims filed duplicate proofs of claim. To allow parties asserting these Claims to recover on multiple proofs of claim would result in multiple recoveries. Accordingly, the Debtor requests that the Claims listed on Exhibit A be disallowed in full and expunged as applicable, leaving one surviving Claim against the Debtor (such surviving Claim is also listed on Exhibit A).

8. The Debtor is still conducting the claims review process. Accordingly, the Debtor reserves the right to object at a later time to Claims subject to this First Omnibus Objection or the surviving Claims, as the case may be, on any and all other grounds. The Debtor also reserves the right to object to any other proofs of claim filed in these cases.

## NOTICE

9. A copy of the First Omnibus Objection shall be served upon (i) all parties identified on the Master Service List; (ii) the Bankruptcy Administrator; (iii) counsel to the Official Committee of Creditors Holding Unsecured Claims, and (iv) each party against whose claim the Debtor objected as listed on Exhibit A. ***Claimants receiving this First Omnibus Objection should search for their name and their claim on Exhibit A.*** The Debtor respectfully

represents that such notice is adequate and complies with Rule 2002 and 3007 (as amended) of the Bankruptcy Rules.

WHEREFORE, for the foregoing reasons, the Debtor respectfully requests that this Court enter an Order pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 as amended, disallowing in full and expunging as applicable, each of the Claims identified and described on Exhibit A attached hereto.

Date: August 6, 2009  /s/ Derek F. Meek
Derek F. Meek
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 450-5000
Facsimile: (205) 458-5100
*Counsel to the Debtors and Debtors in Possession*

4

# EXHIBIT A

Exhibit A
Duplicate Claims

| Date Filed | Claim No. | Name | Claim Amount | Nature | Duplicate Claim To Be Expunged | Surviving Claim Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 6/25/09 | 897 | ACME FLOORING COMPANY | $45.00 | General Unsecured | 897 | | Duplicate Claim |
| 2/27/09 | 44 | ACME FLOORING COMPANY | $45.00 | General Unsecured | | 44 | |
| 5/22/09 | 384 | BALDWIN COUNTY ALABAMA | $160,956.14 | Priority | 384 | | Duplicate Claim |
| 4/23/09 | 268 | BALDWIN COUNTY ALABAMA | $160,956.14 | Priority | | 268 | |
| 3/13/09 | 167 | BIG SKY BRANDS INC | $3,412.80 | General Unsecured | 167 | | Duplicate Claim |
| 5/28/09 | 606 | BIG SKY BRANDS, INC | $3,412.80 | General Unsecured | | 606 | |
| 3/23/09 | 172 | CITY OF HOOVER ALABAMA | $257,895.78 | Priority | 172 | | Duplicate Claim |
| 3/19/09 | 171 | CITY OF HOOVER ALABAMA | $257,895.78 | Priority | | 171 | |
| 6/8/09 | 620 | COCA COLA MERIDIAN | $6,037.09 | Admin Priority | 620 | | Duplicate Claim |
| 6/4/09 | 439 | COCA COLA MERIDIAN | $6,037.09 | Admin Priority | | 439 | |
| 5/29/09 | 575 | Dolinsky, Deloris | $175,000.00 | General Unsecured | 575 | | Duplicate Claim |
| 5/29/09 | 486 | Dolinsky, Deloris | $175,000.00 | General Unsecured | | 486 | |
| 4/23/09 | 279 | EAGLE SERVICE COMPANY LLC | $10,296.45 | General Unsecured | 279 | | Duplicate Claim |
| 4/14/09 | 258 | EAGLE SERVICE COMPANY LLC | $10,296.45 | General Unsecured | | 258 | |
| 6/18/09 | 815 | Earthgrains Baking Co | $484,879.98 | General Unsecured | 815 | | Duplicate Claim |
| 5/1/09 | 332 | EARTHGRAINS BAKING CO | $484,879.98 | General Unsecured | | 332 | |

In re BFW Liquidation, LLC
Case No. 09-00634

| Date Filed | Claim No. | Name | Claim Amount | Nature | Duplicate Claim To Be Expunged | Surviving Claim Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 3/19/09 | 163 | EDYS GRAND ICE CREAM | $16,452.21 | Admin Priority | 163 | | Duplicate Claim |
| 3/31/09 | 198 | EDYS GRAND ICE CREAM | $16,452.21 | Admin Priority | 198 | | Duplicate Claim |
| 4/10/08 | 239 | Edys Grand Ice Cream Co | $16,452.21 | Admin Priority | 239 | | Duplicate Claim |
| 3/12/09 | 162 | EDYS GRAND ICE CREAM | $16,452.21 | Admin Priority | | 162 | |
| 4/10/09 | 238 | Edy S Grand Ice Cream | $17,351.35 | General Unsecured | 238 | | Duplicate Claim |
| 4/13/09 | 283 | EDYS GRAND ICE CREAM | $17,351.35 | General Unsecured | 283 | | Duplicate Claim |
| 3/24/09 | 225 | EDYS GRAND ICE CREAM | $17,351.35 | General Unsecured | 225 | | Duplicate Claim |
| 3/19/09 | 179 | EDYS GRAND ICE CREAM | $17,351.35 | Priority | 179 | | Duplicate Claim |
| 3/12/09 | 161 | EDYS GRAND ICE CREAM | $17,351.35 | Priority | | 161 | |
| 5/27/09 | 410 | FAYETTE COUNTY REVENUE COMM | $2,314.96 | Priority | 410 | | Duplicate Claim |
| 4/21/09 | 296 | FAYETTE COUNTY REVENUE COMM | $2,314.96 | Priority | | 296 | |
| 6/5/09 | 541 | Flowers Bakery of Birmingham LLC | $101,491.80 | Admin Priority | 541 | | Duplicate Claim |
| 6/5/09 | 448 | Flowers Bakery of Birmingham LLC | $101,491.80 | Admin Priority | | 448 | |
| 6/5/09 | 533 | Flowers Bakery of New Orleans LLC | $50,699.10 | Admin Priority | 533 | | Duplicate Claim |
| 6/5/09 | 444 | Flowers Bakery of New Orleans LLC | $50,699.10 | Admin Priority | | 444 | |
| 6/5/09 | 520 | Flowers Bakery of Opelika LLC | $21,444.95 | Admin Priority | 520 | | Duplicate Claim |

In re BFW Liquidation, LLC
Case No. 09-00634
2 of 7
8/6/2009

Case 09-00634-TOM11    Doc 1334    Filed 08/06/09    Entered 08/06/09 17:45:01    Desc
Main Document    Page 7 of 12

Exhibit A
Duplicate Claims

| Date Filed | Claim No. | Name | Claim Amount | Nature | Duplicate Claim To Be Expunged | Surviving Claim Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 6/5/09 | 446 | Flowers Bakery of Opelika LLC | $21,444.95 | Admin Priority | | 446 | |
| 6/5/09 | 519 | Flowers Bakery of Thomasville LLC | $32,280.30 | Admin Priority | 519 | | Duplicate Claim |
| 6/5/09 | 447 | Flowers Bakery of Thomasville LLC | $32,280.30 | Admin Priority | | 447 | |
| 6/5/09 | 521 | Flowers Bakery of Tuscaloosa LLC | $46,937.99 | Admin Priority | 521 | | Duplicate Claim |
| 6/5/09 | 445 | Flowers Bakery of Tuscaloosa LLC | $46,937.99 | Admin Priority | | 445 | |
| 6/18/09 | 794 | Flowers Baking Company of Birmingham LLC | $199,049.96 | General Unsecured | 794 | | Duplicate Claim |
| 6/8/09 | 647 | Flowers Baking Company of Birmingham LLC | $199,049.96 | General Unsecured | | 647 | |
| 6/8/09 | 646 | Flowers Baking Company of New Orleans | $110,721.65 | General Unsecured | 646 | | Duplicate Claim |
| 6/18/09 | 795 | Flowers Baking Company of New Orleans LLC | $110,721.65 | General Unsecured | | 795 | |
| 6/18/09 | 796 | Flowers Baking Company of Opelika LLC | $46,222.79 | General Unsecured | 796 | | Duplicate Claim |
| 6/8/09 | 649 | Flowers Baking Company of Opelika LLC | $46,222.79 | General Unsecured | | 649 | |
| 6/18/09 | 827 | Flowers Baking Company of Thomasville LLC | $65,630.92 | General Unsecured | 827 | | Duplicate Claim |
| 6/8/09 | 650 | Flowers Baking Company of Thomasville LLC | $65,630.92 | General Unsecured | | 650 | |
| 6/8/09 | 648 | Flowers Baking Company of Tuscaloosa | $98,647.62 | General Unsecured | 648 | | Duplicate Claim |
| 6/18/09 | 826 | Flowers Baking Company of Tuscaloosa LLC | $98,647.62 | General Unsecured | | 826 | |

In re BFW Liquidation, LLC
Case No. 09-00634

3 of 7

8/6/2009

Case 09-00634-TOM11    Doc 1334    Filed 08/06/09    Entered 08/06/09 17:45:01    Desc
Main Document    Page 8 of 12

Exhibit A
Duplicate Claims

| Date Filed | Claim No. | Name | Claim Amount | Nature | Duplicate Claim To Be Expunged | Surviving Claim Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 3/16/09 | 181 | GODWIN, KIMBERLEY | $300,000.00 | Priority | 181 | | Duplicate Claim |
| 3/16/09 | 180 | GODWIN, KIMBERLEY | $300,000.00 | Priority | | 180 | |
| 5/26/09 | 392 | HIRE DYNAMICS | $14,189.11 | General Unsecured | 392 | | Duplicate Claim |
| 4/20/09 | 263 | Hire Dynamics LLC | $14,189.11 | General Unsecured | | 263 | |
| 6/19/09 | 864 | Insouth Bank | $1,272,790.04 | General Unsecured | 864 | | Duplicate Claim |
| 6/19/09 | 749 | Insouth Bank | $1,272,790.04 | General Unsecured | 749 | | Duplicate Claim |
| 6/18/09 | 768 | Forestdale Supermarket Owners LLC | $1,272,790.04 | General Unsecured | | 768 | |
| 6/19/09 | 862 | Insouth Bank | $1,283,783.01 | General Unsecured | 862 | | Duplicate Claim |
| 6/19/09 | 735 | Insouth Bank | $1,283,783.01 | General Unsecured | 735 | | Duplicate Claim |
| 6/19/09 | 725 | Jasper Supermarket Owners LLC | $1,283,783.00 | General Unsecured | | 725 | |
| 6/19/09 | 863 | Insouth Bank | $1,316,848.99 | General Unsecured | 863 | | Duplicate Claim |
| 6/19/09 | 748 | Insouth Bank | $1,316,848.99 | General Unsecured | 748 | | Duplicate Claim |
| 6/18/09 | 720 | Irondale Supermarket Owners LLC | $1,316,848.99 | General Unsecured | | 720 | |
| 6/1/09 | 500 | Jefferson County Alabama | $212,540.26 | Priority | 500 | | Duplicate Claim |
| 6/1/09 | 479 | Jefferson County Alabama | $212,540.26 | Priority | | 479 | |
| 6/8/09 | 616 | LINDSEY, MATTIE | UNLIQUIDATED | General Unsecured | 616 | | Duplicate Claim |

In re BFW Liquidation, LLC
Case No. 09-00634

4 of 7

8/6/2009

Case 09-00634-TOM11    Doc 1334    Filed 08/06/09    Entered 08/06/09 17:45:01    Desc
Main Document    Page 9 of 12

Exhibit A
Duplicate Claims

| Date Filed | Claim No. | Name | Claim Amount | Nature | Duplicate Claim To Be Expunged | Surviving Claim Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 6/3/09 | 422 | LINDSEY, MATTIE | UNLIQUIDATED | General Unsecured | | 422 | |
| 5/22/09 | 505 | MINGO RIVER PECAN CO | $1,368.00 | General Unsecured | 505 | | Duplicate Claim |
| 2/27/09 | 72 | MINGO RIVER PECAN CO | $1,368.00 | General Unsecured | | 72 | |
| 6/8/09 | 629 | MOBILE AREA | $3,993.00 | General Unsecured | 629 | | Duplicate Claim |
| 3/2/09 | 121 | MOBILE AREA | $3,993.00 | General Unsecured | | 121 | |
| 5/26/09 | 578 | NHIN | $15,001.00 | General Unsecured | 578 | | Duplicate Claim |
| 5/4/09 | 358 | NHIN | $15,001.00 | General Unsecured | | 358 | |
| 2/23/09 | 31 | PELHAM WATER WORKS | $592.38 | General Unsecured | 31 | | Duplicate Claim |
| 5/22/09 | 389 | PELHAM WATER WORKS | $592.38 | General Unsecured | | 389 | |
| 6/19/09 | 763 | PEPSI OF ATMORE | $24,710.96 | General Unsecured | 763 | | Duplicate Claim |
| 6/19/09 | 761 | PEPSI COLA ATMORE | $24,710.96 | General Unsecured | 761 | | Duplicate Claim |
| 6/19/09 | 762 | PEPSI COLA ATMORE | $24,710.96 | General Unsecured | | 762 | |
| 6/5/09 | 459 | PERFORMANCE REFRIGERATION INC | $60,269.86 | General Unsecured | 459 | | Duplicate Claim |
| 2/19/09 | 42 | PERFORMANCE REFRIGERATION INC | $60,609.86 | General Unsecured | | 42 | |
| 2/27/09 | 63 | POTTER INC | $331.06 | General Unsecured | 63 | | Duplicate Claim |
| 6/1/09 | 449 | POTTER INC | $331.06 | General Unsecured | | 449 | |

In re BFW Liquidation, LLC
Case No. 09-00634

5 of 7

8/6/2009

Exhibit A
Duplicate Claims

| Date Filed | Claim No. | Name | Claim Amount | Nature | Duplicate Claim To Be Expunged | Surviving Claim Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 5/27/09 | 588 | RED MOUNTAIN COFFEE | $8,679.33 | General Unsecured | 588 | | Duplicate Claim |
| 3/9/09 | 91 | RED MOUNTAIN COFFEE | $8,679.33 | General Unsecured | | 91 | |
| 3/9/09 | 99 | SUNRISE FLOOR SYSTEMS LLC | $176,045.75 | General Unsecured | 99 | | Duplicate Claim |
| 3/2/09 | 77 | SUNRISE FLOOR SYSTEMS LLC | $176,045.75 | General Unsecured | | 77 | |
| 5/14/09 | 503 | T T Ray Revenue Commissioner Autauga County Alabama | $1,760.18 | Priority | 503 | | Duplicate Claim |
| 5/22/09 | 379 | T T Ray Revenue Commissioner Autauga County Alabama | $1,760.18 | Priority | 379 | | Duplicate Claim |
| 5/22/09 | 412 | T T TOMMY RAY REV COMMISIONER | $1,760.18 | Priority | 412 | | Duplicate Claim |
| 5/22/09 | 378 | T T Tommy Ray Rev Commission | $1,760.18 | Priority | 378 | | Duplicate Claim |
| 2/27/09 | 61 | T T TOMMY RAY REV COMMISIONER | $1,760.18 | Priority | | 61 | |
| 3/27/09 | 213 | THE PETTING ZOO | $15,027.16 | General Unsecured | 213 | | Duplicate Claim |
| 3/27/09 | 214 | The Petting Zoo Inc | $15,027.16 | General Unsecured | | 214 | |
| 6/19/09 | 741 | UFCW LOCAL 1657 EDUCATION SAFETY & CULTURAL FUND | $35,000.00 | Priority | 741 | | Duplicate Claim |
| 6/18/09 | 668 | UFCW LOCAL 1657 EDUCATION SAFETY & CULTURAL FUND | $35,000.00 | Priority | | 668 | |
| 5/15/09 | 431 | Vertis Inc | $213,487.30 | Admin Priority | 357 | | Duplicate Claim |
| 5/15/09 | 357 | Vertis Inc | $213,487.30 | Admin Priority | | 357 | |
| 5/15/09 | 357 | Vertis Inc | $1,094,436.43 | General Unsecured | | 357 | |

In re BFW Liquidation, LLC
Case No. 09-00634

6 of 7

8/6/2009

Case 09-00634-TOM11    Doc 1334    Filed 08/06/09    Entered 08/06/09 17:45:01    Desc
Main Document    Page 11 of 12

Exhibit A
Duplicate Claims

| Date Filed | Claim No. | Name | Claim Amount | Nature | Duplicate Claim To Be Expunged | Surviving Claim Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 6/12/09 | 682 | VILLAGE ON LORNA SHOPPING CENTER LIMITED PARTNERSHIP C O ENGEL REALTY CO LLC | $821,946.58 | General Unsecured | 682 | | Duplicate Claim |
| 6/4/09 | 425 | VILLAGE ON LORNA SHOPPING CENTER LIMITED PARTNERSHIP C O ENGEL REALTY CO LLC | $821,946.58 | General Unsecured | | 425 | |

In re BFW Liquidation, LLC
Case No. 09-00634

7 of 7

8/6/2009

Case 09-00634-TOM11    Doc 1334    Filed 08/06/09    Entered 08/06/09 17:45:01    Desc
Main Document    Page 12 of 12