United States Bankruptcy Court
Northern District of Alabama, Southern Division

In re: BFW Liquidation, LLC f/k/a Bruno's Supermarkets, LLC      Chapter 7

Case No. 09-00634

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Gulf Breeze SC LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Gulf Breeze SC LLC
c/o Sirote & Permutt, PC
Attention: Stephen B. Porterfield
2311 Highland Avenue South
Birmingham, AL 35205

New Address
Gulf Breeze SC LLC
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

I declare that the foregoing is true and correct.

Authorized Signatory for:
Gulf Breeze SC LLC, By: Ruben Realty Company, Inc., its manager
By: [signature]
Name: STEPHEN L. BUTLER
Title: Vice President
Date: 3/5/18