United States Bankruptcy Court - Northern District of Alabama

CASE NAME: BFW Liquidation LLC   CASE NO.: 09-00634   QUARTER ENDING: March 31, 2019

# POST-CONFIRMATION REPORT

A. As representative for the Debtor, I affirm that the Debtor has paid the following classes of claims in accordance with the Plan of Reorganization:

Class:
PriorityTax 715,813.39
Pri.NonTax 1,525.82

Class 2    5,304.45
Class 3    2,481,145.13
Class ___  _____

Class ___  _____
Class ___  _____
ADMINISTRATIVE 278,357.24

B. As representative for the debtor, I affirm that the Debtor has **not** paid the following classes of claims in accordance with the Plan of Reorganization:

Please list class or creditor and give the reason for nonpayment.
_____
_____

C. _X_ Yes ___ No   As representative for the Debtor, I affirm that the Debtor is complying with all of the provisions of the confirmed Plan of Reorganization and will make available, if required, canceled checks or other proof of payment.

D. _X_ Yes ___ No   As representative of the Debtor, I affirm that all administrative claims have been paid in accordance with the Plan of Reorganization.

E. _X_ Yes ___ No   As representative of the Debtor, I affirm that all **post-confirmation taxes** have been paid on a current basis and that adequate **insurance** is in full force and effect. If "No" please explain.
_____

F. _X_ Yes ___ No   As representative of the debtor, I affirm that the Plan of Reorganization has been substantially consummated and that the remaining payments will be made from future income or are payments to be made to secured creditors.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE April 15, 2019

*[signature]*
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-06

EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: } | |
| } | |
| BFW Liquidation, LLC f/k/a Bruno's } | Case No. 09-00634 |
| Supermarkets, LLC f/d/b/a Food World } | |
| } | |
| Debtor. } | Chapter 11 |

QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

FOR CALENDAR QUARTER ENDED MARCH 31, 2019

DISBURSEMENTS*

1.

| MONTH | DISBURSEMENTS |
|---|---|
| January | $ 424,965.41 |
| February | $ 2,073,016.80 |
| March | $ 984,163.82 |
| TOTAL DISBURSEMENTS FOR QUARTER | $ 3,482,146.03 |

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. § 1930(a)(7)    $ **10,400.00**

3. QUARTERLY FEE PAID (Attach proof of payment)    $ 10,400.00

4. AMOUNT OF UNPAID FEES (IF ANY)    $ -

BFW Liquidation, LLC f/k/a Bruno's Supermarkets, LLC f/d/b/a Food World
Chapter 11, Case No. 09-00634
March 31, 2019 Quarterly Fee Statement
Page Two

## DECLARATION UNDER PENALTY OF PERJURY

I, William S. Kaye, Liquidating Trustee of the Estate of BFW Liquidation LLC, declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: April 15, 2019

William S. Kaye, Liquidating Trustee
BFW Liquidation, LLC

The check for payment of the quarterly fee MUST be attached to the original of this Quarterly Fee Statement filed with the Clerk of Court.

*For periods subsequent to plan confirmation, this includes payments pursuant to a confirmed plan as well as all other disbursements.

--- FILE ORIGINAL WITH COURT.
--- DELIVER STAMPED COPY TO U.S. BANKRUPTCY ADMINISTRATOR.

EXHIBIT "B"

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                                        *
                                              *
BFW Liquidation, LLC f/k/a Bruno's            *    Case No. 09-00634
Supermarkets, LLC f/d/b/a Food World          *
                                              *
   Debtor.                                    *    Chapter 11
                                              *
*   *   *   *   *   *   *   *   *   *   *   *   *

CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT
FOR QUARTER ENDED MARCH 31, 2019

**Total Disbursements for Quarter:**

ALL disbursements made by the debtor during the current quarter, whether under the plan or not, must be accounted for and reported on this form and on the attached Quarterly Fee Statement for purposes of calculating quarterly fees.

| | |
|---|---:|
| Amounts disbursed under the plan | $ 3,482,146.03 |
| Other disbursements, including operating expenses | 0.00 |
| Total disbursements | $ 3,482,146.03 |

**Summary of Amounts Distributed Under the Plan:**

| | Current Quarter | Amount Paid | Balance Due |
|---|---:|---:|---:|
| **A. Fees and Expenses:** | | | |
| 1. Trustee compensation | $ 10,000.00 | $ 10,000.00 | $ - |
| 2. Fee for attorney for Trustee | $ 156,657.49 | $ 156,657.49 | $ - |
| 3. Fee for attorney for Debtor | $ - | $ - | $ - |
| 4. Other professionals | $ 75,373.55 | $ 75,373.55 | $ - |
| 5. All expenses, including trustee | $ - | $ - | $ - |
| **B. Distributions:** | | | |
| 6. Secured creditors | $ - | $ - | $ - |
| 7. Priority creditors | $ 717,339.21 | $ 717,339.21 | $ - |
| 8. Unsecured creditors | $ 2,486,449.58 | $ 2,486,449.58 | $ - |
| 9. Equity security holders | $ - | $ - | $ - |
| 10. Administrative creditors | $ 36,326.20 | $ 36,326.20 | $ - |
| **Total Plan Payments** | $ 3,482,146.03 | $ 3,482,146.03 | $ - |

(sum of lines 1-10)

BFW Liquidation, LLC f/k/a Bruno's Supermarkets, LLC f/d/b/a Food World
Chapter 11, Case No. 09-00634
December 31, 2018 Post Confirmation Quarterly Report
Page Two

**Summary of Status on Consummation of Plan:**

Plan payments are current:  Yes  X    No _____

    If no, attach explanatory statement identifying payments not made (by creditor, amount, and date due), reason for non-payment, and an estimated date as to when payments will be brought current.

Quarterly fees due to the Clerk, United States Bankruptcy Court are current:
Yes  X    No _____

Anticipated date of final report/motion for final decree: July 31, 2019

**NOTE:** You must file a quarterly fee statement with this report.

----File Original With Court

----Deliver Stamped Copy to U.S. Bankruptcy Administrator