# United States Bankruptcy Court

## Northern District of Alabama, Southern Division

In re: **BFW Liquidation, LLC f/k/a Bruno's Supermarkets, LLC**     Case No.: **09-00634**

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Bradford Capital Holdings, LP**
Name of Transferee

Name and Address where notices to transferee should be sent
**Bradford Captial Holdings, LP**
**P.O. Box 4353**
**Clifton, NJ 07012**
**Attn: Brian Brager**
**Phone: (862) 249-1349**
**Email: bbrager@bradfordcapitalmgmt.com**
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above)

**Helen Marie Dew**
Name of Transferor

Court Record Address of Transferor
(Court Use Only)

Last Four Digits of Acct. #: _____

Name and Current Address of Transferor

**Helen Marie Dew**
**c/o Stover Law Firm**
**546 Broad Street, Suite C**
**Gadsden AL 36532**

Claim Number: 498
Claim Amount: $70,000.00

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian Brager
Transferee/Transferee's Agent

Date: 02/10/2020

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court
Northern District of Alabama, Southern Division
Attention: Clerk

AND TO: BFW Liquidation, LLC f/k/a Bruno's Supermarkets, LLC ("Debtor")
Case No. 09-00634

Proof of Claim # 498
Proof of Claim Amt: $ 70,000.00

Helen Marie Dew, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Bradford Capital Holdings, LP
Attention: Brian L. Brager
PO Box 4353
Clifton, NJ 07012

its successors and assigns ("Assignee"), all rights, title and interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. bankruptcy Code), in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly authorized representative dated this 4th day of Feb 2020.

Helen Marie Dew

By: /s/ Helen Marie Dew
Name:
Title:

Bradford Capital Holdings, LP
By: Bradford Capital GP, LLC, its General Partner

By: /s/
Name: Brian Brager
Title: Managing Member